John A. Vogt (State Bar No. 198677)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
(T) 949.851.3939
(F) 949.553.7539
javogt@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SKILES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. f/k/a TESLA MOTORS, INC., EXPERIAN INFORMATION SOLUTIONS, INC., APPSTEM MEDIA LLC, and SALESFORCE VENTURES, LLC,<br><br>Defendants. | Case No. 3:17-cv-05434-WHO<br><br>Assigned to:  Judge William H. Orrick<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

On September 26, 2017, Plaintiff Wayne Skiles served Experian Information Solutions, Inc. with the Complaint in this matter.  In accordance with Local Rule 6-1, Skiles and Experian have agreed to extend the time for Experian to answer or otherwise respond to the Complaint to December 5, 2017.  To the extent that Experian files a motion to dismiss in this case, Experian agrees that Plaintiff shall have 42 days to respond.  Experian will thereupon have 28 days for any reply.

Accordingly, IT IS HEREBY STIPULATED by and between Skiles and Experian, that the deadline for Experian to answer or otherwise respond to the Complaint is extended until December 5, 2017, Plaintiff's deadline to respond to any motion to dismiss is extended to 42 days from filing, and Experian's deadline to reply in support of a motion to dismiss is extended to 28

days from filing the opposition.

Dated: October 13, 2017

/s/ Jason Ibey
Jason Ibey, Esq.
KAZEROUNI LAW GROUP, APC
A Professional Corporation
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
(T) 800-400-6808  Ext: 6
(F) 800-520-5523
jason@kazlg.com

Attorneys for Plaintiff
Wayne Skiles

Dated: October 13, 2017

/s/ John A. Vogt
John A. Vogt
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
(T) 949.851.3939
(F) 949.553.7539
javogt@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

## ECF CERTIFICATION

I, John A. Vogt, hereby attest pursuant to Civil Local Rule 5.1(i) that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed October 13, 2017, at Irvine, California.

s/ John A. Vogt
John A. Vogt
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
(T) 949.851.3939
(F) 949.553.7539
javogt@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

## ORDER

The Court, having considered the parties' Joint Stipulation for Extension of Time to Respond to the Complaint, hereby extends Experian Information Solutions, Inc.'s deadline to answer or otherwise respond to the Complaint to December 5, 2017. To the extent that Experian files a motion to dismiss in this case, Plaintiff shall have 42 days to respond. Experian will thereupon have 28 days for any reply.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: October 13, 2017

_____
The Honorable William H. Orrick
United States District Judge