1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WAYNE SKILES, individually and on behalf of all others similarly situated,** | **Case No.:** 3:17-cv-05434-WHO |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF APPSTEM MEDIA, LLC WITHOUT PREJUDICE** |
| v. | |
| **TESLA, INC., et al.,** | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

  IT IS HEREBY ORDERED, pursuant to the Joint Stipulation of Plaintiff Wayne Skiles and Defendant Appstem, Media, LLC, that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Appstem Media, LLC is dismissed without prejudice; and
2. The parties shall each bear their own costs and attorneys' fees incurred in this Action.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated:  November 27, 2017

Hon. William H. Orrick