1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE SKILES,<br><br>               Plaintiff,<br><br>     v.<br><br>TESLA, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and SALESFORCE VENTURES, LLC,<br><br>               Defendants. | Case No.  3:17-cv-05434-WHO<br><br>**DECLARATION OF JEFFREY GUTKIN IN SUPPORT OF DEFENDANT TESLA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND TO STAY PLAINTIFF'S FIRST AMENDED COMPLAINT, OR, ALTERNATIVELY, TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:        May 16, 2018<br>Time:        2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge:       Hon. William H. Orrick |

I, Jeffrey M. Gutkin, declare as follows:

1.      I am an attorney admitted to practice law in the State of California and Partner at Cooley LLP, counsel for Tesla, Inc. ("Tesla").  I have personal knowledge of the facts herein and, if called to testify, could and would testify competently hereto.

2.      Attached as Exhibit A is a true and correct copy of Experian Marketing Services' ("Experian's") Mosaic USA Product Sheet, "Mosaic USA, Your Customer Segmentation Solution for Consistent Cross-Channel Marketing," *available at* https://www.experian.com/assets/marketing-services/product-sheets/mosaic-usa.pdf on January 24, 2018 and referenced in the First Amended Complaint ("FAC") at ¶ 30 n.3.

3.      Attached as Exhibit B is a true and correct copy of Experian's Ask Judy Column, "Ask Judy: Data Compliance Corner," *available at* https://www.experian.com/marketing-services/ask-judy.html on January 24, 2018.

4.      Attached as Exhibit C is a true and correct copy of Experian's Mosaic USA Consumer Lifestyle Segmentation Page, "Target your audiences with precision and insight through Mosaic USA," *available at* http://www.experian.com/marketing-services/consumer-segmentation.html on January 24, 2018 and referenced in the FAC at ¶ 87 n.8.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 24, 2018 at San Francisco, California.


_____*/s/ Jeffrey M. Gutkin*_____
Jeffrey M. Gutkin

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DECL. OF JEFFREY GUTKIN ISO
REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:17-CV-05434-WHO

**<u>ATTESTATION</u>**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  January 24, 2018                                COOLEY LLP


                                                                 */s/ Michael G. Rhodes*
                                                                 Michael G. Rhodes

                                                                 Attorneys for Defendant
                                                                 TESLA, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

DECL. OF JEFFREY GUTKIN ISO
REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:17-CV-05434-WHO