**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mike Kazerouni, Esq. (SBN: 252835)
mike@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
Emily C. Beecham, Esq. (SBN: 315462)
emily@kazlg.com
Nicholas R. Barthel, Esq. (SBN:319105)
nicholas@kazlg.com
245 Fisher Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Wayne Skiles

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SKILES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. f/k/a TESLA MOTORS, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 3:17-cv-05434-WHO<br><br>**JOINT STATUS REPORT** |

Plaintiff, Wayne Skiles ("Plaintiff"), and Defendant, Tesla, Inc. f/k/a Tesla Motors, Inc. ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby respectfully submit the following Joint Status Report pursuant to the Court's Order on May 16, 2018. [ECF No. 76.]

Plaintiff filed his First Amended Complaint ("FAC") on December 22, 2017 (ECF No. 61), and Defendant moved to compel arbitration or alternatively dismiss Plaintiff's FAC on January 24, 2018. [ECF No. 64.]

At the hearing on Defendant's motion on May 16, 2018, the Court granted Defendant's motion to compel arbitration and stayed the litigation, subject to further order of the arbitrator on this issue of arbitrability, and instructed the parties to file a status report in three months briefly indicating progress of the arbitration. [ECF No. 76.]

On June 29, 2018, Plaintiff filed a demand for arbitration with JAMS, Inc., to which Defendant submitted a response on July 23, 2018. Earlier this month, the Honorable Candace Cooper was selected as the arbitrator, and a date of August 27 was set for the parties' first arbitration management conference. Further dates and deadlines have yet to be determined.

Dated: August 16, 2018　　　　　　　　Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: 　*/s Abbas Kazerounian*
　　　Abbas Kazerounian, Esq.
　　　Mike Kazerouni, Esq.
　　　Emily C. Beecham, Esq.
　　　Nicholas R. Barthel, Esq.
　　　*Attorneys for Plaintiff*,
　　　Wayne Skiles

| | |
|---|---|
| Dated: August 16, 2018 | **COOLEY LLP** |
| | By: */s Michael Rhodes* |
| | Michael Rhodes, Esq. |
| | Jeff Gutkin, Esq. |
| | Kyle Wong, Esq. |
| | *Attorneys for Defendant*, |
| | Tesla, Inc. |