**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mike Kazerouni, Esq. (SBN: 252835)
mike@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiff*

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE SKILES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. et al.,<br><br>Defendants. | Case No.: 3:17-cv-05434-WHO<br><br>**REPLY IN SUPPORT OF MOTION TO LIFT THE STAY**<br><br>**Judge:** Hon. William H. Orrick<br>**Ctrm:** 2, 17th Floor<br>**Date:** November 13, 2019<br>**Time:** 2:00 p.m. |

The plaintiff Wayne Skiles ("Plaintiff") continues to respectfully request that the stay be lifted. The defendants Tesla, Inc. ("Tesla") and Experian Information Solutions, Inc. ("Experian," together the "Defendants") do not oppose lifting of the stay.

The Court should also order Defendants to re-file their motions to dismiss. Experian has requested that it be afforded 30 days to file such motion after the Court lifts the stay (Dkt. No. 92, 2:12-13). Only Tesla opposes re-briefing.

Tesla contends that there is no need for re-briefing because it has already spent time preparing the last motion to dismiss (Dkt. No. 93). However, it would not be burdensome at all for Tesla to re-file the motion to dismiss after simply omitting the portion that addressed its request to compel arbitration. Plaintiff's previously filed opposition to Telsa's motion dedicated approximately eight (8) pages to the arbitration issue (Dkt. No. 70, pp. 2-3, and pp. 4-10). Thus, in fairness to Plaintiff, Defendants should re-file their motions (omitting the moot arbitration issue), thus permitting Plaintiff to more fully address the other motion to dismiss arguments addressing the three causes of action asserted in the First Amended Complaint (Dkt. No. 61).

Experian believes that its motion to dismiss should be refiled, for Experian takes the position that there is recent dipositive case law (Dkt. No. 92), case law which Plaintiff should be given an opportunity to respond to in detail in writing.

Therefore, Plaintiff respectfully requests that the Court order as follows: 1) the stay shall be lifted; and 2) Defendants shall re-file their motions to dismiss within 21 days after the stay is lifted, with a hearing date set by the Court.

Date: October 25, 2019      **KAZEROUNI LAW GROUP, APC**

By: */s/ Jason A. Ibey*
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mail Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiff*