| | |
|---|---|
| KAZEROUNI LAW GROUP, APC<br>ABBAS KAZEROUNIAN (249203)<br>ak@kazlg.com<br>MIKE KAZEROUNI (252835)<br>mike@kazlg.com<br>245 Fisher Avenue, Suite D1<br>Costa Mesa, CA 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br><br>KAZEROUNI LAW GROUP, APC<br>JASON A. IBEY (284607)<br>jason@kazlg.com<br>321 N Mall Drive, Suite R108<br>St. George, Utah 84790<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br><br>Attorneys for Plaintiff<br>WAYNE SKILES | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>JEFFREY M. GUTKIN (216083)<br>(jgutkin@cooley.com)<br>KYLE C. WONG (224021)<br>(kwong@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Defendant<br>TESLA, INC.<br><br>*Additional attorneys for Defendants are listed on signature page*. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE SKILES,<br><br>       Plaintiff,<br><br>    v.<br><br>TESLA, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and SALESFORCE VENTURES, LLC,<br><br>       Defendants. | Case No. 3:17-cv-05434-WHO<br><br>**STIPULATION TO CONTINUE HEARING AND FOR BRIEFING SCHEDULE FOR DEFENDANTS TESLA, INC.'S AND EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>Judge: Hon. William H. Orrick |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1(a) and (b), plaintiff Wayne Skiles ("Plaintiff") and |
| 2 | Defendants Tesla, Inc. ("Tesla") and Experian Information Solutions, Inc. ("Experian"), by and |
| 3 | through their respective counsel, hereby stipulate as follows: |
| 4 | WHEREAS, Plaintiff filed his First Amended Complaint against Defendants in the Northern |
| 5 | District of California on or about December 22, 2017 (Dkt. No. 61) (the "First Amended Complaint"); |
| 6 | WHEREAS, Tesla filed a Motion to Compel Arbitration and to Stay Plaintiff's First Amended |
| 7 | Complaint, or, alternatively, to Dismiss Plaintiff's First Amended Complaint on January 24, 2018 |
| 8 | (Dkt. No. 64); |
| 9 | WHEREAS, Plaintiff filed an Opposition to Defendant Tesla, Inc.'s Motion to Compel |
| 10 | Arbitration and Dismiss or Stay Plaintiff's First Amended Complaint on March 7, 2018 (Dkt. No. 70) |
| 11 | (the "Original Opposition"); |
| 12 | WHEREAS, Tesla submitted its Reply in Support of its Motion to Compel Arbitration and to |
| 13 | Stay Plaintiff's First Amended Complaint, or, Alternatively, to Dismiss Plaintiff's First Amended |
| 14 | Complaint on April 4, 2018 (Dkt. No. 73) (the "Original Reply"); |
| 15 | WHEREAS, the Court granted Tesla's Motion to Compel and stayed the proceedings against |
| 16 | Defendants on May 16, 2018 (Dkt. No. 76); |
| 17 | WHEREAS, Plaintiff filed a Motion to Lift the Stay wherein it requested an opportunity for |
| 18 | the parties to submit new briefing on the motions to dismiss on October 7, 2019 (Dkt. No. 91); |
| 19 | WHEREAS, on November 6, 2019, the Court issued an Order (Dkt. No. 98) granting Plaintiffs' |
| 20 | Motion to Lift the Stay; requiring Experian to file a response to the First Amended Complaint within |
| 21 | twenty-one (21) days of the Order; permitting Plaintiff to file a revised opposition to Tesla's Motion |
| 22 | to Dismiss (Dkt. No. 64) (the "Supplemental Opposition") not to exceed ten (10) pages on the same |
| 23 | day its response to Experian's motion is due; and permitting Tesla to file a reply in support of its |
| 24 | motion to dismiss (the "Supplemental Reply") not to exceed ten (10) pages two weeks thereafter; |
| 25 | WHEREAS, Plaintiff and Tesla understand that the Supplemental Opposition and |
| 26 | Supplemental Reply are supplemental to and will be considered in conjunction with the Original |
| 27 | Opposition (Dkt. No. 70) and Original Reply (Dkt. No.73); |
| 28 | WHEREAS, Experian filed a Motion to Dismiss Plaintiff's First Amended Complaint on |

November 27, 2019 and noticed a hearing for that motion for January 15, 2020 (Dkt. No. 99);

WHEREAS, Plaintiff's opposition to Experian's motion to dismiss and Supplemental Opposition to Tesla's motion to dismiss are currently due December 11, 2019;

WHEREAS, Experian's reply in support of its motion to dismiss is currently due December 18, 2019;

WHEREAS Tesla's Supplemental Reply in support of its motion to dismiss is currently due December 26, 2019;

WHEREAS, the parties have agreed to a briefing and hearing schedule that will allow for a more complete and orderly presentation of the disputed issues and that will avoid holiday conflicts created by the original schedule;

NOW THEREFORE, the parties hereby STIPULATE and AGREE as follows, through their undersigned counsel:

1. Plaintiff opposition to Experian's motion to dismiss and Supplemental Opposition to Tesla's motion to dismiss will be due on January 3, 2020;
2. Experian's reply in support of its motion to dismiss and Tesla's Supplemental Reply in support of its motion to dismiss will be due on January 31, 2020;
3. The hearing on Defendants' motions to dismiss will be continued to February 19, 2020 or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

| | | | |
|---|---|---|---|
| 1 | Dated: | December 3, 2019 | **KAZEROUNI LAW GROUP, APC** |
| 2 | | | |
| 3 | | | |
| 4 | | | */s/ Jason Ibey* |
| | | | Jason Ibey |
| 5 | | | Attorneys for Plaintiff |
| | | | WAYNE SKILES |
| 6 | | | |
| 7 | Dated: | December 3, 2019 | **COOLEY LLP** |
| 8 | | | |
| 9 | | | */s/ Jeffrey M. Gutkin* |
| | | | Jeffrey M. Gutkin |
| 10 | | | Attorneys for Defendant |
| | | | TESLA, INC. |
| 11 | | | |
| 12 | Dated: | December 3, 2019 | **JONES DAY** |
| 13 | | | |
| 14 | | | */s/ John A. Vogt* |
| | | | John A. Vogt |
| 15 | | | Attorneys for Defendant |
| | | | EXPERIAN INFORMATION SOLUTIONS, INC. |

# ORDER

The Court, having considered the parties' Stipulation to Continue Hearing and for Briefing Schedule for Defendants Tesla, Inc.'s and Experian Information Solution, Inc.'s Motions to Dismiss Plaintiff's First Amended Complaint, hereby extends Plaintiff's deadline to oppose Experian's motion to dismiss and file his supplemental opposition to Tesla's motion to dismiss to January 3, 2020; extends Experian's deadline to reply in support of its motion to dismiss and Tesla's deadline to file a supplemental reply in support of its motion to dismiss to January 31, 2020; orders that Plaintiff's supplemental opposition and Tesla's supplemental reply be considered in conjunction with the original opposition (Dkt. No. 70) and original reply (Dkt. No.73); and continues the hearing for Defendants' motions to dismiss to February 19, 2020.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: December 9, 2019

The Honorable William H. Orrick
United States District Judge

## **ATTESTATION OF CONCURRENCE IN FILING**

In accordance with N.D. Cal. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: December 3, 2019                                COOLEY LLP

                                                       */s/ Jeffrey M. Gutkin*
                                                       Jeffrey M. Gutkin

                                                       Attorneys for Defendant
                                                       TESLA, INC.

155522395