Cheryl O'Connor (State Bar No. 173897)
John A. Vogt (State Bar No. 198677)
Ryan D. Ball (State Bar No. 321772)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
(T) 949-851-3939
(F) 949-553-7539
coconnor@jonesday.com
javogt@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SKILES, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC. f/k/a TESLA MOTORS, INC., EXPERIAN INFORMATION SOLUTIONS, INC., APPSTEM MEDIA LLC, and SALESFORCE VENTURES, LLC,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-05434-WHO<br><br>Assigned to:  Judge William H. Orrick<br><br>**NOTICE OF APPEARANCE OF RYAN D. BALL FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S** |

1  PLEASE TAKE NOTICE that Ryan D. Ball of Jones Day, 3161 Michelson Drive, Suite
2  800, Irvine, California 92612, Telephone (949) 851-3939, hereby enters an appearance as counsel
3  of record in the above-captioned matter for defendant Experian Information Solutions, Inc.

Dated:  January 31, 2020            JONES DAY

By:  /s/ Ryan D. Ball
     Ryan D. Ball

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.