UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SKILES,<br>        Plaintiff,<br><br>    v.<br><br>TESLA, INC., et al.,<br>        Defendants. | Case No. 17-cv-05434-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 132 |

Pursuant to the Order Granting Motions to Dismiss, judgment is accordingly entered.

Dated: July 15, 2020　　　　　　　　　　　　　　　Susan Y. Soong, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　By: Jean M. Davis, Deputy Clerk