# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 3:17-cv-05434-WHO

Date case was first filed in U.S. District Court: September 19, 2017

Date of judgment or order you are appealing: July 15, 2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

● Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Wayne Skiles.

Is this a cross-appeal? ○ Yes  ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes  ● No

If Yes, what is the prior appeal case number?

Your mailing address:

Abbas Kazerounian, Esq., Kazerouni Law Group, APC

245 Fischer Avenue, Unit D1

City: Costa Mesa  State: CA  Zip Code: 92626

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Abbas Kazerounian  **Date** 8/13/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**  Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Wayne Skiles

Name(s) of counsel (if any):

Abbas Kazerounian
Kazerouni Law Group, APC

Address: 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626

Telephone number(s): (800) 400-6808

Email(s): ak@kazlg.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Tesla, Inc.

Name(s) of counsel (if any):

Jeffrey M. Gutkin

Address: 101 California Street, 5th Floor, San Francisco, CA 94111

Telephone number(s): (415) 693-2000

Email(s): jgutkin@cooley.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Wayne Skiles

Name(s) of counsel (if any):
Jason A. Ibey

Address: 321 N Mall Drive, Suite R108, St. George, UT 84790
Telephone number(s): (800) 400-6808
Email(s): jason@kazlg.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes  ○ No

**Appellees**

Name(s) of party/parties:
Experian Marketing Services, Inc.

Name(s) of counsel (if any):
John A. Vogt

Address: 3161 Michelson Drive, Suite 800, Irvine, CA 92612
Telephone number(s): (949) 851-3939
Email(s): javogt@jonesday.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  *2*  Rev. 12/01/2018