FILED

JAN 8 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WAYNE SKILES, individually and on behalf of all others similarly situated, Plaintiff-Appellant, v. TESLA, INC., FKA Tesla Motors, Inc.; EXPERIAN MARKETING SERVICES, INC., Defendants-Appellees, and EXPERIAN INFORMATION SOLUTIONS, INC.; et al., Defendants. | No. 20-16570 D.C. No. 3:17-cv-05434-WHO Northern District of California, San Francisco ORDER |

Pursuant to the parties' stipulated motion (Docket Entry No. 7), this appeal is voluntarily dismissed as to appellee Experian Marketing Services, Inc only. Fed. R. App. P. 42(b). As between appellant Wayne Skiles and appellee Experian Marketing Services, Inc., each side shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court as to appellee Experian Marketing Services, Inc. only.

The appeal shall proceed between the remaining parties, appellant Wayne Skiles and appellee Tesla, Inc.

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions.

FOR THE COURT:

Sasha M. Cummings
Circuit Mediator

SMC/Mediation