|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 3 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

WAYNE SKILES, individually and on behalf of all others similarly situated,

    Plaintiff-Appellant,

 v.

TESLA, INC., FKA Tesla Motors, Inc.,

    Defendant-Appellee,

 and

EXPERIAN INFORMATION SOLUTIONS, INC.; et al.,

    Defendants.

No.   20-16570

D.C. No. 3:17-cv-05434-WHO
Northern District of California,
San Francisco

ORDER

The parties' stipulated motion (Docket Entry No. 12) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

02-01-2021/Pro Mo